UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERIC PAUL MCNEIL                                    CIVIL ACTION

VERSUS                                              NO. 15-842-SDD-EWD

CITY OF WALKER, ET AL.

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on April 21, 2017.

                                             /s/ Erin Wilder-Doomes
                                        ERIN WILDER-DOOMES
                                        UNITED STATES MAGISTRATE JUDGE

Certified Mail 7004 1160 0003 2648 5492

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ERIC PAUL MCNEIL                                              CIVIL ACTION

VERSUS                                                        NO. 15-842-SDD-EWD

CITY OF WALKER, ET AL.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter was set for a hearing on April 13, 2017 requiring the plaintiff, Eric Paul McNeil ("McNeil") to personally appear before the undersigned to show cause as to why his claims should not be dismissed for failure to comply with Local Rule 41(b)(4) by failing to keep the Court apprised of an address change.[1] In lieu of appearing on April 13, 2017, McNeil was allowed to file into the record a Notice of Change of Address by April 12, 2017. The Clerk of Court was instructed to send a copy of the order to McNeil via certified mail to 36514 Brashears Road, Denham Springs, LA 70706.[2] On April 10, 2017, the court received notice that the Show Cause Order that was sent to McNeil via certified mail was returned as undeliverable.[3] McNeil did not appear for the show cause hearing, nor did he respond to the Show Cause Order.

Prior to the Court setting the show cause hearing, Defendants filed a Motion to Compel related to a First Set of Interrogatories and First Requests for Production of Documents and Things that were propounded upon McNeil, on February 2, 2017.[4] The Memorandum in Support of Motion to Compel asserts that a reminder notice that McNeil's responses to the Discovery Requests were due was mailed to McNeil on March 3, 2017.[5] The March 3rd correspondence from

---

[1] R. Doc. 29.
[2] *Id.*
[3] R. Doc. 30.
[4] R. Doc. 26.
[5] R. Doc. 26-3.

defense counsel was mailed to McNeil at 36514 Brashears Road, Denham Springs, LA 70706, which is the address that was provided to the Court when suit was filed.[6] That correspondence was returned to Defendants on March 13, 2017 marked "Return to Sender" and "Unable to Forward." Additionally the envelope is marked "MLNF," which defense counsel has asserted means, "moved, left no forwarding" address.[7]

Pursuant to Local Civil Rule 41(b)(4), the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days. As a practical matter, this case cannot proceed without an address where McNeil may be reached and where he may receive pertinent pleadings, notices or rulings. Here, it appears that mail sent to McNeil was returned to defense counsel on March 13, 2017. Additionally, mail was returned undeliverable to the Court at the address McNeil provided when he filed suit on April 10, 2017. More than thirty days have passed since mail was returned to defense counsel for reason of an incorrect address and no correction has been made. The Court, by sending certified mail to McNeil which was also returned as undeliverable to the address he provided, has confirmed that mail sent to that address was returned.

Accordingly,

---

[6] See, R. Doc. 1, p. 8.
[7] R. Doc. 26-4.

## **RECOMMENDATION**

It is **RECOMMENDED** that this matter be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Local Civil Rule 41(b)(4).

**IT IS ORDERED** that the Clerk of Court is to provide this Magistrate Judge's Report and Recommendation to plaintiff, Eric Paul McNeil, via certified mail, return receipt requested to 36514 Brashears Road, Denham Springs, LA 70706

Signed in Baton Rouge, Louisiana, on April 21, 2017.

*Erin Wilder-Doomes*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**